DEBORAH S. TROPP, ESQ. (SBN 162613)
LAUREN E. RAYA, ESQ. (SBN 322697)
McNEIL TROPP & BRAUN LLP
2 Park Plaza, Suite 620
Irvine, California 92614
Ph: (949) 259-2890;
Fax: (949) 259-2891
dtropp@mtbattorneys.com
lraya@mtbattorneys.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION, a Washington Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALIA THORSEN,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1-25, Inclusive,<br><br>Defendants. | CASE NO. 8:20-cv-248-JWH-JDE<br><br>**OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT, Defendant COSTCO WHOLESALE CORPORATION ("Defendant") hereby offers to allow entry of judgment to be taken against it pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: a judgment in favor of Plaintiff TALIA THORSEN ("Plaintiff") and against Defendant in the sum of $250,000.00 (TWO HUNDRED FIFTY THOUSAND DOLLARS) inclusive of costs and fees. This shall be the total amount to be paid by Defendant on account of

any and all liability claimed in this action, including all costs of suit and attorneys' fees otherwise recoverable in this action by Plaintiff. This offer is for the total sum of TWO HUNDRED FIFTY THOUSAND DOLLARS ($250,000.00) and does not contemplate the addition of costs, fees or pre-judgment interest.

If Plaintiff does not accept this offer, she may become obligated to pay Defendant's costs incurred after the making of this offer in the event that she does not recover a judgment that is more favorable than this offer of judgment pursuant to Rule 68(d) of the Federal Rules of Civil Procedure.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made.

This offer is not to be construed in any way as an admission of liability by the Defendant, but rather is made solely for the purpose of compromising a disputed claim.

Dated: September 20, 2021              McNEIL TROPP & BRAUN LLP

                                       By:   /s/ *Deborah S. Tropp*
                                             Deborah S. Tropp, Esq.
                                             Lauren E. Raya, Esq.
                                             Attorneys for Defendant,
                                             COSTCO WHOLESALE CORPORATION

# PROOF OF SERVICE
C.C.P. §1013a, C.R.C. 2.301(3), 2.306

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF ORANGE          )

I am employed in the aforesaid County, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2 Park Plaza, Suite 620, Irvine, California 92614.

On September 20, 2021, I served the foregoing document described as **OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** on the interested parties in this action by:

**Placing \_\_\_\_ the original \_\_X\_\_ a true copy thereof, enclosed in a sealed envelope, addressed as follows on the attached SERVICE LIST.**

\_\_\_\_ **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

\_\_\_\_ **BY FACSIMILE TRANSMISSION**: From FAX No. (949) 259-2891 the facsimile number(s) and addressee(s) stated on the attached SERVICE LIST. The facsimile machine I used complied with Rule 2.301(3), and no error was reported by the machine. Pursuant to Rule 2.306(h), I caused the machine to print a record of the transmission and attached it to the document contained in our file, a copy of which is available upon request.

\_\_\_\_ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the offices of the addressee.

\_\_√\_\_ **BY ELECTRONIC MAIL:** I caused a courtesy copy of the aforementioned document to be delivered by electronic mail to the representatives on the attached Service List.

\_\_\_\_ **BY FEDERAL EXPRESS**: I caused a courtesy copy of the aforementioned document to be delivered by overnight mail via Federal Express to the representatives on the attached Service List.

\_\_\_\_ **STATE**: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

\_\_√\_\_ **FEDERAL**: I declare under penalty of perjury in accordance with 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed on September 20, 2021, at Irvine, California.

/S/ *Selena Hernandez*
Selena Hernandez

# SERVICE LIST

## THORSEN v. COSTCO
### 4700-42

| Christopher J. Skorina, Esq.<br>SKORINA LAW, P.C.<br>28202 Cabot Road, Suite 300<br>Laguna Niguel, California 92677 | **Attorneys for Plaintiff TALIA THORSEN**<br><br>*(636) 229-0251*<br>*Fax: (636) 447-2921*<br>cskorina@mosher-skorina.com |
|---|---|

# CERTIFICATE OF SERVICE

I hereby certify on October 1, 2021, I electronically filed the foregoing: **OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** with the Clerk of the Court for the United States District Court, Central District of California by using the Central District CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the USDC-Central District of California CM/ECF system.

I further certify that participants in the case not registered to as CM/ECF users have been mailed a true and correct copy of the above-described documents by First Class Mail, postage pre-paid, to the following non-CM/ECF participants:

Christopher J. Skorina, Esq.
Skorina Law Group, P.C.
28202 Cabot Road, Suite 300
Laguna Niguel, California 92677

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☑ **FEDERAL:** I declare under penalty of perjury in accordance with 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed on October 1, 2021, at Irvine, California.

*/s/ Deborah S. Tropp*
DEBORAH S. TROPP