1   CHRISTOPHER J. SKORINA, ESQ. (SBN 195295)
    cskorina@skorinalaw.com
2   **SKORINA LAW GROUP, P.C.**
    28202 Cabot Road, Suite 300
3   Laguna Niguel, CA 92677
    Ph: (949) 582-1544
4   Fax: (949) 582-3394

5   Attorneys for Plaintiff
    TALIA THORSEN
6

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10  TALIA THORSEN,                          Case No. 8:20-cv-00248-JVS-JDE

11                                          [Assigned to The Honorable John W.
                                            Holcomb, Riverside Courtroom 2]
12              Plaintiff,

13      vs.                                 **PLAINTIFF'S NOTICE OF
                                            ACCEPTANCE OF DEFENDANT'S
14                                          OFFER OF JUDGMENT**
    COSTCO WHOLESALE
15  CORPORATION, a Washington              Case Filed: August 26, 2019
    Corporation; and DOES 1-25, Inclusive, Action Removed: February 7, 2020
16                                          Trial Date:  January 31, 2022
17              Defendants.
18

19          Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff

20  TALIA THORSEN, through her undersigned counsel, hereby accepts and provides

21  notice that she has accepted the Defendant's Offer of Judgment to Plaintiff dated

22  September 20, 2021, a copy of which is attached hereto as Exhibit A.

23                              Respectfully submitted,

24  DATED: October 1, 2021      SKORINA LAW GROUP, P.C.

25                              By: **/s/ Christopher J. Skorina**
                                Christopher J. Skorina, Esq.
26                              Attorneys for Plaintiff,
                                TALIA THORSEN
27

28

                                    1
            **ACCEPTANCE OF FRCP 68 OFFER OF JUDGMENT**

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California; I am over the age of 18, not a party to the within action, and my business address is 28202 Cabot Rd., Suite 300, Laguna Niguel, CA  92677.

On October 1, 2021 I electronically filed the following document(s) using the CM/ECF System:  **PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT**

Participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury that the above is true and correct.

Executed on October 1, 2021 at Laguna Niguel, California.

By: */s/ Christopher J. Skorina*
Christopher J. Skorina, Esq.

**EXHIBIT A**

1  DEBORAH S. TROPP, ESQ. (SBN 162613)
   LAUREN E. RAYA, ESQ. (SBN 322697)
2  McNEIL TROPP & BRAUN LLP
   2 Park Plaza, Suite 620
3  Irvine, California 92614
   Ph: (949) 259-2890;
4  Fax: (949) 259-2891
   dtropp@mtbattorneys.com
5  lraya@mtbattorneys.com

6  Attorneys for Defendant
   COSTCO WHOLESALE CORPORATION, a Washington
7  Corporation

8

9

10

11              **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
12

13

14  TALIA THORSEN,                      CASE NO. 8:20-cv-248-JWH-JDE

15            Plaintiff,

16                                      **OFFER OF JUDGMENT PURSUANT**
17      vs.                             **TO FEDERAL RULE OF CIVIL**
                                        **PROCEDURE 68**
18  COSTCO WHOLESALE
19  CORPORATION, a Washington
    Corporation; and DOES 1-25, Inclusive,
20
21            Defendants.

22  TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

23        PLEASE TAKE NOTICE THAT, Defendant COSTCO WHOLESALE

24  CORPORATION ("Defendant") hereby offers to allow entry of judgment to be taken

25  against it pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: a

26  judgment in favor of Plaintiff TALIA THORSEN ("Plaintiff") and against Defendant in

27  the sum of $250,000.00 (TWO HUNDRED FIFTY THOUSAND DOLLARS) inclusive

28  of costs and fees. This shall be the total amount to be paid by Defendant on account of

1   any and all liability claimed in this action, including all costs of suit and attorneys' fees

2   otherwise recoverable in this action by Plaintiff. This offer is for the total sum of TWO

3   HUNDRED FIFTY THOUSAND DOLLARS ($250,000.00) and does not contemplate

4   the addition of costs, fees or pre-judgment interest.

5       If Plaintiff does not accept this offer, she may become obligated to pay

6   Defendant's costs incurred after the making of this offer in the event that she does not

7   recover a judgment that is more favorable than this offer of judgment pursuant to Rule

8   68(d) of the Federal Rules of Civil Procedure.

9       To accept this offer, Plaintiff must serve written notice of acceptance thereof

10  within fourteen (14) days of the date this offer is made.

11      This offer is not to be construed in any way as an admission of liability by the

12  Defendant, but rather is made solely for the purpose of compromising a disputed claim.

13

14  Dated:  September 20, 2021          McNEIL TROPP & BRAUN LLP

15

16                        By:    /s/ Deborah S. Tropp
                                 Deborah S. Tropp, Esq.
17                               Lauren E. Raya, Esq.
                                 Attorneys for Defendant,
18                               COSTCO WHOLESALE
                                 CORPORATION
19

20

21

22

23

24

25

26

27

28

OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

**PROOF OF SERVICE**
C.C.P. §1013a, C.R.C. 2.301(3), 2.306

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF ORANGE             )

    I am employed in the aforesaid County, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 2 Park Plaza, Suite 620, Irvine, California 92614.

    On September 20, 2021, I served the foregoing document described as **OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** on the interested parties in this action by:

**Placing** _____ **the original** ___**X**___ **a true copy thereof, enclosed in a sealed envelope, addressed as follows on the attached SERVICE LIST.**

_____ **BY MAIL**:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

_____ **BY FACSIMILE TRANSMISSION**:  From FAX No. (949) 259-2891 the facsimile number(s) and addressee(s) stated on the attached SERVICE LIST. The facsimile machine I used complied with Rule 2.301(3), and no error was reported by the machine.  Pursuant to Rule 2.306(h), I caused the machine to print a record of the transmission and attached it to the document contained in our file, a copy of which is available upon request.

_____ **BY PERSONAL SERVICE**:  I caused such envelope to be delivered by hand to the offices of the addressee.

___√___ **BY ELECTRONIC MAIL:**  I caused a courtesy copy of the aforementioned document to be delivered by electronic mail to the representatives on the attached Service List.

_____ **BY FEDERAL EXPRESS**:  I caused a courtesy copy of the aforementioned document to be delivered by overnight mail via Federal Express to the representatives on the attached Service List.

_____ **STATE**:  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

___√___ **FEDERAL**:  I declare under penalty of perjury in accordance with 28 U.S.C. Section 1746 that the foregoing is true and correct.

    Executed on September 20, 2021, at Irvine, California.

                        /S/ *Selena Hernandez*
                        Selena Hernandez

---

3
OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>SERVICE LIST</u>

**<u>THORSEN v. COSTCO</u>**
**4700-42**

| Christopher J. Skorina, Esq. | **Attorneys for Plaintiff TALIA** |
|---|---|
| SKORINA LAW, P.C. | **THORSEN** |
| 28202 Cabot Road, Suite 300 | |
| Laguna Niguel, California 92677 | *(636) 229-0251* |
| | *Fax: (636) 447-2921* |
| | cskorina@mosher-skorina.com |

OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68