JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALIA THORSEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1-25, Inclusive,<br><br>　　　　　Defendants. | CASE NO. 8:20-cv-248-JWH-JDEx<br><br>**JUDGMENT PURSUANT TO RULE 68** |

  **WHEREAS,** Plaintiff TALIA THORSEN ("Plaintiff") commenced this action by filing a complaint on August 16, 2019, for premises liability and negligence; and

  **WHEREAS**, on September 20, 2021, Defendant COSTCO WHOLESALE CORPORATION ("Costco") made an Offer of Judgment in this matter pursuant to Rule 68 of the Federal Rules of Civil Procedure;

  **WHEREAS,** on October 1, 2021 Plaintiff accepted Costco's offer;

  **NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

  1. Costco shall pay plaintiff TALIA THORSEN the sum of $250,000.00 (TWO HUNDRED FIFTY THOUSAND DOLLARS AND ZERO CENTS), pursuant to the Rule 68 offer of Judgment, inclusive of attorneys' fees and costs.

  2. This judgment shall be in full satisfaction of all federal and state claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Costco, in connection with the facts and circumstances that are the subject of this action.

  3. The offer of judgment was made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by Costco; nor is it an admission that Plaintiff has suffered any damages.

  4. Acceptance of the offer of judgment has acted to release and discharge Costco from any and all claims that were or could have been alleged by Plaintiff in this action. Acceptance of the offer of judgment has waived plaintiff's right to any claim for interest on the amount of the judgment.

  **IT IS SO ORDERED.**

Dated: October 6, 2021

               *Irene Vazquez*
               Irene Vazquez, Deputy Clerk